# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re **Youssef Corporation** )
)
)
) Case No.
)
)
)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED: **December 31, 2024**

/s/ Randy Sutton
Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses:**

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100 (Rev. 6/20/17)

```
Ahmad Darwish Abu Eita and Safaa Hassan
10345 Odemira Way
Elk Grove, CA 95757-4000


Bake Mark USA
11350 Sunrise Park Dr
Rancho Cordova, CA 95742


BPM LLP
PO Box 8580
Pasadena, CA 91109


Central Milling Organic
1120 Holm Rd
Petaluma, CA 94954


Challenge Dairy
6701 Donlon Way
Dublin, CA 94568


Chase Bank
PO Box 6294
Carol Stream, IL 60197


Chase Bank
PO Box 78039
Phoenix, AZ 85062-8039


Chef's Warehouse
1250 Whipple Road
Union City, CA 94587


JPMorgan Chase/ Chase Bank
PO Box 6026
IL1-1145
Chicago, IL 60680-6026


PCH Property Management Inc
8436 Auburn Blvd
Citrus Heights, CA 95610


Peerless Coffee & Tea
260 Oak St
Oakland, CA 94607
```

Preferred Employers Insurance
PO Box 85478
San Diego, CA 92186


Produce Express
8340 Belvedere Ave
Sacramento, CA 95826


Rammco Linen Service
75 Church St
Sutter Creek, CA 95685


Randy Sutton
910 23rd St
Sacramento, CA 95816


Rewards Network
540 W Madison St #2400
Chicago, IL 60661


Sequoia Premium Foods
Auth Purveyor of Boar's Head Products
2457 Industrial Blvd
Hayward, CA 94545


Sequoia Premium Foods
Auth Purveyor of Boar's Head Products
7497 Reese Road
Sacramento, CA 95828


SRC Companies
11350 Kiefer Blvd
Sacramento, CA 95830


Sysco Sacramento, Inc
1390 Enclave Parkway
Houston, TX 77077


Sysco Sacramento, Inc
NCS UCC Services Group
PO Box 24101
Cleveland, OH 44124

```
Sysco Sacramento, Inc.
7062 Pacific Avenue
Pleasant Grove, CA 95668


U.S. Small Business Administration
Attn: District Counsel
455 Market Street, Suite 600
San Francisco, CA 94105


U.S. Small Business Administration (SBA)
Sacramento District Office
6501 Sylvan Road, Suite 100
Citrus Heights, CA 95610-5017


Umpqua Bank
7777 Alvarado Road, Ste 501
La Mesa, CA 91942


Umpqua Bank
445 SE Main St
Roseburg, OR 97470


WCP Solutions
600 Sequoia Pacific Blvd
Sacramento, CA 95811


WSFS Bank
1818 Market Street
Philadelphia, PA 19103


Zap Terminte & Pest Control, Inc.
7233 26th St
Rio Linda, CA 95673
```

Youssef Corporation

Ahmad Darwish Abu Eita and Safaa Hassan

10345 Odemira Way

Elk Grove, CA 95757-4000

Bake Mark USA

11350 Sunrise Park Dr

Rancho Cordova, CA 95742

BPM LLP

PO Box 8580

Pasadena, CA 91109

Central Milling Organic

1120 Holm Rd

Petaluma, CA 94954

Challenge Dairy

6701 Donlon Way

Dublin, CA 94568

Chase Bank

PO Box 6294

Carol Stream, IL 60197

Chase Bank

PO Box 78039

Phoenix, AZ 85062-8039

Chef s Warehouse

1250 Whipple Road

Union City, CA 94587

JPMorgan Chase/ Chase Bank

PO Box 6026

IL1-1145

Chicago, IL 60680-6026

PCH Property Management Inc

8436 Auburn Blvd

Citrus Heights, CA 95610

Peerless Coffee & Tea

260 Oak St

Oakland, CA 94607

Preferred Employers Insurance

PO Box 85478

San Diego, CA 92186

Produce Express

8340 Belvedere Ave

Sacramento, CA 95826

Rammco Linen Service

75 Church St

Sutter Creek, CA 95685

Randy Sutton

910 23rd St

Sacramento, CA 95816

Rewards Network

540 W Madison St #2400

Chicago, IL 60661

Sequoia Premium Foods

Auth Purveyor of Boar's Head Products

2457 Industrial Blvd

Hayward, CA 94545

Sequoia Premium Foods

Auth Purveyor of Boar's Head Products

7497 Reese Road

Sacramento, CA 95828

SRC Companies

11350 Kiefer Blvd

Sacramento, CA 95830

Sysco Sacramento, Inc

1390 Enclave Parkway

Houston, TX 77077

Sysco Sacramento, Inc

NCS UCC Services Group

PO Box 24101

Cleveland, OH 44124

Sysco Sacramento, Inc.

7062 Pacific Avenue

Pleasant Grove, CA 95668

U.S. Small Business Administration

Attn: District Counsel

455 Market Street, Suite 600

San Francisco, CA 94105

U.S. Small Business Administration (SBA)

Sacramento District Office

6501 Sylvan Road, Suite 100

Citrus Heights, CA 95610-5017

Umpqua Bank

7777 Alvarado Road, Ste 501

La Mesa, CA 91942

Umpqua Bank

445 SE Main St

Roseburg, OR 97470

WCP Solutions

600 Sequoia Pacific Blvd

Sacramento, CA 95811

WSFS Bank

1818 Market Street

Philadelphia, PA 19103

Zap Terminte & Pest Control, Inc.

7233 26th St

Rio Linda, CA 95673