# United States Bankruptcy Court
## Eastern District of California

In re **Youssef Corporation**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Youssef Corporation** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 31, 2024**
Date

/s/ Linda Deos
**Linda Deos**
Signature of Attorney or Litigant
Counsel for **Youssef Corporation**
**Deos Law, PC**
**428 J Street, 4th Floor**
**Sacramento, CA 95814**
**916-442-4442 Fax:916-583-7693**
**deoslawyer@gmail.com**