2
Stephen M. Reynolds CSB 148902
**Reynolds Law Corporation**
424 Second Street, Ste. A
Davis, CA. 95616
530 297 5030 voice
530 297 5077 fax
sreynolds@lr-law.net

Linda Deos CSB 179170
**Deos Law PC**
428 J Street, 4th Floor
Sacramento, CA 95814
916 442 4442 voice
916 583 7693 facsimile
Linda@Deoslaw.com

*Proposed Attorneys for Debtor Youssef Corporation*

## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

Youssef Corporation

    Debtor.

Case No. 24-25864-B-11

DC No. RLC-1
Date:  January 7, 2025
Time:  11:00 a.m.
Dept:  B
Ctrm:  32, 6th Floor

Chapter 11

Judge Christopher D. Jaime

---

### DECLARATION OF RANDY SUTTON IN SUPPORT OF DEBTOR'S MOTION FOR FINAL ORDER UNDER 11 U.S.C. § 363 AUTHORIZING USE OF CASH COLLATERAL, GRANTING REPLACEMENT LIENS, AND APPROVING DIP BUDGET

---

   I, Randy Sutton, am the Chief Executive Officer of the Debtor and the sole shareholder.  I am familiar with the contents of this Declaration and if called to testify could and would provide competent testimony thereto.

  1. Attached as an Exhibit to the pleadings filed in support of the motion to approve the use of cash collateral is a six-month budget that I prepared with the assistance of Counsel.  The

-1-

budget reflects Debtor's estimated income and expenses. These estimates are based on two years of operations, my experience in the industry and my understanding of the historical operations of the Debtor before I purchased the corporation. Debtor's business is Rick's Dessert Diner which has operated in mid-town Sacramento since 1986.

2. Also attached as Exhibits are copies of Financing Statements filed with the California Secretary of State. It is my understanding that these are true and correct copies of the online records available from the Secretary of State.

3. Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of January 2025, in Sacramento, California.

/s/ _____
Randy Sutton