10

Stephen M. Reynolds CSB 148902
Reynolds Law Corporation
PO Box 73379
Davis, CA. 95617
530 297 5030 voice
sreynolds@lr-law.net

Linda Deos CSB 179170
**Deos Law PC**
428 J Street, 4th Floor
Sacramento, CA 95814
916 442 4442 voice
916 583 7693 facsimile
Linda@Deoslaw.com

*Proposed Attorneys for Youssef Corporation*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| In re: | Case No. 24-25864-B-11 |
|  | DC No. RLC-1 |
|  | Date:  January 7, 2025 |
| Youssef Corporation | Time:  11:00 a.m. |
|  | Dept:  B |
|  | Ctrm:  32, 6th Floor, Sacramento |
| Debtor. | |
|  | Chapter 11 |
|  | Judge Jaime |

**EXHIBITS IN SUPPORT OF MOTION FOR INTERIM ORDER UNDER
11 U.S.C. § 363 AUTHORIZING USE OF CASH COLLATERAL,
GRANTING REPLACEMENT LIENS, AND APPROVING DIP BUDGET**

1. Projected Post-Petition Cash Receipts and Disbursements dated January 2, 2025.

2. UCC-1 filed July 26, 2022 for Umpqua Bank.

3. UCC-1 Amendment filed September 6, 2022 for Umpqua Bank.

4. UCC-1 filed February 8, 2024 for JPMorgan Chase Bank, N.A.

///

///

-1-

1

2  Dated:  January 2, 2025

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REYNOLDS LAW CORPORATION**

/s/ Stephen M. Reynolds
By:   Stephen M Reynolds
*Proposed* Attorney for Youssef Corporation

-2-

4836-2573-0208v1

## Youssef Corporation dba Rick's Desser Diner
## PROJECTED POST-PETITION CASH RECEIPTS AND CASH DISBURSEMENTS

**Prepared by Randy Sutton, Owner**

Date: January 2, 2025

| Profit&Loss Statement Proection  FOR THE FIRST SIX-MONTHS BEGINNING JAN 1, 2025 | | | | | | |
|---|---|---|---|---|---|---|
| | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 |
| **Total Cash Receipts are from Cash Sales** | | | | | | |
| | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 |
| **Total Revenue** | **$250,000.00** | **$250,000.00** | **$250,000.00** | **$250,000.00** | **$250,000.00** | **$250,000.00** |
| **Expenses** | | | | | | |
| PAYMENTS TO  VENDORS | | | | | | |
| **Ingredients Suppliers** | | | | | | |
| Challenge Dairy (Dairy) | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 |
| *down from $29867.68/mo 2023; some ingredients transferred | | | | | | |
| Sisco Systems (Flour, Sugar & Misc) | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| *down from $21722.88/mo 2023 | | | | | | |
| Bakemark (fka Robb Ross, 2023) | $13,910.31 | $13,910.31 | $13,910.31 | $13,910.31 | $13,910.31 | $13,910.31 |
| Produce Express (Fruit), based on 2023 | $5,563.35 | $5,563.35 | $5,563.35 | $5,563.35 | $5,563.35 | $5,563.35 |
| Dawn Foods (Fillings, Cocoa) | $3,651.00 | $3,651.00 | $3,651.00 | $3,651.00 | $3,651.00 | $3,651.00 |
| Central Milling (Flour, Barley) | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| *down from $1122.17/mo 2023 | | | | | | |
| Restaurant Depo | $2,631.09 | $2,631.09 | $2,631.09 | $2,631.09 | $2,631.09 | $2,631.09 |
| Amoretti | $1,912.38 | $1,912.38 | $1,912.38 | $1,912.38 | $1,912.38 | $1,912.38 |

| | | | | | |
|---|---|---|---|---|---|
| Webstraunt | $2,340.32 | $2,340.32 | $2,340.32 | $2,340.32 | $2,340.32 | $2,340.32 |
| BevMo (for Baking) | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| ChocoHouse | $145.00 | $145.00 | $145.00 | $145.00 | $145.00 | $145.00 |
| Chefs Warehouse | $2,903.61 | $2,903.61 | $2,903.61 | $2,903.61 | $2,903.61 | $2,903.61 |
| International Bakers Service | $367.00 | $367.00 | $367.00 | $367.00 | $367.00 | $367.00 |
| **Direct Food & Misc Suppliers** | | | | | | |
| Gunthers Iceceam | $4,943.37 | $4,943.37 | $4,943.37 | $4,943.37 | $4,943.37 | $4,943.37 |
| Peerless Coffee and Tea | $1,946.28 | $1,946.28 | $1,946.28 | $1,946.28 | $1,946.28 | $1,946.28 |
| Boars Head - Deli | $5,909.48 | $5,909.48 | $5,909.48 | $5,909.48 | $5,909.48 | $5,909.48 |
| Southern Glazer's Wine & Spirits | $337.34 | $0.00 | $337.34 | $0.00 | $337.34 | $0.00 |
| *every 2 months purchase* | | | | | | |
| Smart & Final | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 |
| Safeway | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Amazon | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Graciano (Potato Chips etc.) | $178.20 | $178.20 | $178.20 | $178.20 | $178.20 | $178.20 |
| CAKE DECO | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| CAKE CASTLE | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 |
| CAKES COM | $101.65 | $101.65 | $101.65 | $101.65 | $101.65 | $101.65 |
| Relles Florist | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 |
| Hobby Lobby | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 |
| **Packeging Suppliers** | | | | | | |
| WCP | $4,130.59 | $4,130.59 | $4,130.59 | $4,130.59 | $4,130.59 | $4,130.59 |
| **Linens** | | | | | | |
| Rammxo (prior: Aramark) | $1,078.62 | $1,078.62 | $1,078.62 | $1,078.62 | $1,078.62 | $1,078.62 |
| **Cleaning** | | | | | | |
| US Washing (Windows, 2x mo) | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 |
| SRC Pumping (Sac Rendering) | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| QuickQ | $31.99 | $31.99 | $31.99 | $31.99 | $31.99 | $31.99 |
| Zap | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 |
| CALIFORNIA SWEEPERS | $0.00 | $523.09 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **VENDOR MONLTHY SUBTOTAL:** | **$86,496.57** | **$86,682.32** | **$86,496.57** | **$86,159.23** | **$86,496.57** | **$86,159.23** |
| **EQUIPMENT & MAINTENANCE** | | | | | | |
| **Small Equipment, e.g., Bowls, Pans** | | | | | | |
| Cresco | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| *down from $6219.04/mo 2023 which inc. large equipment* | | | | | | |
| Chefs Toys | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Chef's Store | $463.75 | $463.75 | $463.75 | $463.75 | $463.75 | $463.75 |
| Glass West, Inc | $45.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Parts Town | $332.58 | $332.58 | $332.58 | $332.58 | $332.58 | $332.58 |

**Equip Maintenance & Repairs**

| | | | | | | |
|---|---|---|---|---|---|---|
| Smart Construction | $5,565.00 | $5,565.00 | $5,565.00 | $5,565.00 | $5,565.00 | $5,565.00 |
| Golden State Equipment Repair | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| ACE Hardware | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Lowes Hardware | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| **Business Auto Main & Repairs** | | | | | | |
| John Ellis & Son | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| | | | | | | |
| **EQUIP & MAINTENANCE MONLTHY** | **$8,156.33** | **$8,111.33** | **$8,111.33** | **$8,111.33** | **$8,111.33** | **$8,111.33** |

**ADMINISTRATIVE EXPENSES**

| | | | | | | |
|---|---|---|---|---|---|---|
| Toast POS & Payroll Processing | $502.50 | $502.50 | $502.50 | $502.50 | $502.50 | $502.50 |
| POPMENU Online Order Transaction Fees | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| Liquor License, $530/yr | $44.17 | $44.17 | $44.17 | $44.17 | $44.17 | $44.17 |
| **Advertising** | | | | | | $29.00 |
| Popmenu (Mo. Subscription, $249.00) | $249.00 | $249.00 | $249.00 | $249.00 | $249.00 | $249.00 |
| AI Voice Mail | $36.00 | $36.00 | $36.00 | $36.00 | $36.00 | $36.00 |
| MERIDIAN MEDIA GROUP, INC | $130.50 | $0.00 | $130.50 | $0.00 | $130.50 | $0.00 |
| GODADDY | $199.98 | $199.98 | $199.98 | $199.98 | $199.98 | $199.98 |
| Windows (Yellow Sail Designs) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| GOOGLE PHOTOS ($470/yr) | $81.99 | $39.17 | $39.17 | $39.17 | $39.17 | $164.45 |
| **Hiring** | $78.14 | | | | | |
| Indeed | $74.29 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 |
| **Office Expenses** | $70.43 | | | | | |
| Fed Ex Office | $66.58 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| SIERRA PACIFIC LITHOGRAPH | $62.73 | $726.96 | $726.96 | $726.96 | $726.96 | $726.96 |
| Target | $58.88 | $130.00 | $130.00 | $130.00 | $130.00 | $130.00 |
| | | | | | | |
| **ADMIN  MONLTHY SUBTOTAL** | **$2,005.18** | **$2,927.77** | **$3,058.27** | **$2,927.77** | **$3,058.27** | **$3,582.06** |

**PAYMENTS ON SECURED DEPT**

| | | | | | | |
|---|---|---|---|---|---|---|
| UMQUA/SBA (Nov 2024) | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Prior Owner/Seller Financing | $3,712.29 | $3,712.29 | $3,712.29 | $3,712.29 | $3,712.29 | $3,712.29 |

**PAYMENTS SECURED DEBT**

**PAYMENTS ON UNSECURED DEPT**

**PAYMENTS UNSECURED DEBT MO SUBTOTAL:  $0**
eliminate

### RENT/LEASE PAYMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| PHC ($9,345.47 ) | $9,345.47 | $9,345.47 | $9,345.47 | $9,345.47 | $9,345.47 | $9,345.47 |
| CAM (p/o Lease, w/Rent, $4,500.00) | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| *This maintenance charge was newly-discovered by all parties recently* | | | | | | |
| Building Parking | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Office, Union Ct, $3,396.00/mo | $1,698.00 | $1,698.00 | $1,698.00 | $1,698.00 | $1,698.00 | $1,698.00 |
| **RENT/LEASE PAYMENTS SUBTOTAL** | **$15,693.47** | **$15,693.47** | **$15,693.47** | **$15,693.47** | **$15,693.47** | **$15,693.47** |

### Utilities

| | | | | | | |
|---|---|---|---|---|---|---|
| PG&E Gas & Elec | $274.74 | $274.74 | $274.74 | $274.74 | $274.74 | $274.74 |
| TELELINK (Phone) | $258.74 | $258.74 | $258.74 | $258.74 | $258.74 | $258.74 |
| Internet (Consolidated Comms) | $246.06 | $246.06 | $246.06 | $246.06 | $246.06 | $246.06 |
| ADT Security | $52.88 | $52.88 | $52.88 | $52.88 | $52.88 | $52.88 |
| City of Sactamento | $164.45 | $164.45 | $164.45 | $164.45 | $164.45 | $164.45 |
| **UTILITIES SUBTOTAL:** | **$996.87** | **$996.87** | **$996.87** | **$996.87** | **$996.87** | **$996.87** |

### Insurance

| | | | | | | |
|---|---|---|---|---|---|---|
| Workers' Compensation ($41,992/yr) | $3,499.33 | $3,499.33 | $3,499.33 | $3,499.33 | $3,499.33 | $3,499.33 |
| *This was recently subject to a very large payroll re-adjustement* | | | | | | |
| Package (Bus Prop, GL ($15,408/yr) | $1,284.00 | $1,284.00 | $1,284.00 | $1,284.00 | $1,284.00 | $1,284.00 |
| D&O and Cyber ($7350.33/yr) | $562.16 | $562.16 | $562.16 | $562.16 | $562.16 | $562.16 |
| Liqor ($991.00/yr) | $82.58 | $82.58 | $82.58 | $82.58 | $82.58 | $82.58 |
| Business Auto | $164.60 | $164.60 | $164.60 | $164.60 | $164.60 | $164.60 |
| **INSURANCE MONLTHY SUBTOTAL:** | **$5,592.67** | **$5,592.67** | **$5,592.67** | **$5,592.67** | **$5,592.67** | **$5,592.67** |

### PAYROLL

| | | | | | | |
|---|---|---|---|---|---|---|
| All Employees | **$102,808.40** | **$102,808.40** | **$102,808.40** | **$102,808.40** | **$102,808.40** | **$102,808.40** |

### PMTS TO OWNERS

Randy Sutton Disbursements
*Can Randy take/assume any disbursements during this process?*

### SALARIES

Randy Sutton
*$150,000/yr, included in PAYROLL above*

### TAX PYMTS:

Payroll Taxes - Employee

| | | | | | | |
|---|---|---|---|---|---|---|
| *omitted as duplicative | | | | | | |
| Payroll Taxes - Employer | $7,797.68 | $7,797.68 | $7,797.68 | $7,797.68 | $7,797.68 | $7,797.68 |
| Sales Taxes | | | | | | |
| *already factored into the average $240K/mo sales | | | | | | |
| Bus. Property Taxes $3342.0/yr | $278.50 | $278.50 | $278.50 | $278.50 | $278.50 | $278.50 |
| Other Taxes(?) | | | | | | |
| | | | | | | |
| **PAYMENTS TO PROFESSIONALS** | | | | | | |
| BPM Accounting | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| after Court approval | | | | | | |
| | | | | | | |
| **Total Expenses** | **$229,825.68** | **$230,889.02** | **$233,333.77** | **$232,865.93** | **$233,333.77** | **$233,520.21** |
| **Income** | **$250,000.00** | **$250,000.00** | **$250,000.00** | **$250,000.00** | **$250,000.00** | **$250,000.00** |
| | | | | | | |
| **Net Profit (Loss)** | **$20,174.32** | **$19,110.99** | **$16,666.24** | **$17,134.08** | **$16,666.24** | **$16,479.79** |

U220213635923



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U220213635923 |
| Date Filed: 7/26/2022 |

Submitter Information:

| | |
| --- | --- |
| Contact Name | ONLINE DEPT. |
| Organization Name | FIRST CORPORATE SOLUTIONS INC. |
| Phone Number | 888-507-4593 |
| Email Address | ONLINE@FICOSO.COM |
| Address | 914 S STREET |
| | SACRAMENTO, CA 95811 |

Debtor Information:

| Debtor Name | Mailing Address |
| --- | --- |
| YOUSSEF CORPORATION | 2401 J STREET<br>SACRAMENTO, CA 95816 |

Secured Party Information:

| Secured Party Name | Mailing Address |
| --- | --- |
| UMPQUA BANK ISAOA/ATIMA | 7777 ALVARADO RD STE 501<br>LA MESA, CA 91942 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All Equipment, Fixtures, Inventory, Accounts, Instruments, Chattel Paper, General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
[UCC1-1018678] Youssef Corporation

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516



U220224403933

**For Office Use Only**

**-FILED-**

File No.: U220224403933
Date Filed: 9/6/2022

B1077-8627 09/06/2022 5:41 PM Received by California Secretary of State

| Submitter Information: | |
|---|---|
| Contact Name | ONLINE DEPT. |
| Organization Name | FIRST CORPORATE SOLUTIONS INC. |
| Phone Number | 888-507-4593 |
| Email Address | ONLINE@FICOSO.COM |
| Address | 914 S STREET SACRAMENTO, CA 95811 |

| Amendment Action Information: | |
|---|---|
| Initial Financing Statement File Number | U220213635923 |
| Date Filed | 07/26/2022 |
| Amendment Action | Collateral Amendment |
| Collateral Change | Restate Collateral |

| Indicate how documentation of Collateral is provided: | Entered as Text |
|---|---|

Description:

All Equipment, Fixtures, Inventory, Accounts, Instruments, Chattel Paper, General Intangibles; First Security Interest in Proceeds of the sale of any Liquor License and/or Beer and Wine License; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing.

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| Authorizing Secured Party Name | UMPQUA BANK |
|---|---|

Optional Filer Reference Information:
[Direct-1040732] Youssef Corporation

Page 1 of 1



U240014218220



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U240014218220 |
| Date Filed: 2/8/2024 |

Submitter Information:

| | |
| --- | --- |
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071 |
| | GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
| --- | --- |
| YOUSSEF CORPORATION | 2401 J ST |
| | SACRAMENTO, CA 95816 |

Secured Party Information:

| Secured Party Name | Mailing Address |
| --- | --- |
| JPMORGAN CHASE BANK, NA | P.O. BOX 6026 |
| | IL1-1145 |
| | CHICAGO, IL 606806026 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds)

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
97281269

B2488-5377 02/08/2024 7:34 PM Received by California Secretary of State