2
Stephen M. Reynolds CSB 148902
Reynolds Law Corporation
PO Box 73379
Davis, CA. 95617
530 297 5030 voice
sreynolds@lr-law.net

Linda Deos CSB 179170
**Deos Law PC**
428 J Street, 4th Floor
Sacramento, CA 95814
916 442 4442 voice
916 583 7693 facsimile
Linda@Deoslaw.com

*Attorneys for Youssef Corporation*

# UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Youssef Corporation<br><br>Debtor. | Case No. 24-25864-B-11<br><br>DC No. RLC-3<br>Date: January 28, 2025<br>Time: 11:00 a.m.<br>Dept: B<br>Ctrm: 32, Sacramento<br><br>Chapter 11<br><br>Judge |

## NOTICE OF DEBTOR'S MOTION FOR TO APPROVE ASSUMPTION OF TOAST PAYROLL SERVICES, CREDIT CARD PROCESSING, SALES TAX SERVICES AND RELATED SERVICES

**PLEASE TAKE NOTICE** that on January 28, 2025 at 11:00 a.m. before the Honorable Christopher D. Jaime, United States Bankruptcy Court Judge, located in Department B, Courtroom 32, 6th Floor of the above-captioned Court located at 501 I Street, Sacramento, CA 95814, Stephen M. Reynolds, on behalf of Youssef Corporation there will be a hearing to grant Debtor Authority to assume Debtor's Contract with Toast for Payroll Services, Credit Card Processing and related services.

The motion will be based on this Notice, the Motion, the Declaration of Randy Sutton, as

-1-

Notice of Motion to Assume Toast Payroll Services, Credit Card Processing, Sales Tax Services and Related Services

well as the papers on file in the bankruptcy case and on such argument or evidence as may be presented at the hearing on the Motion.

**YOU ARE FURTHER NOTIFIED** that pursuant to Local Rule 9014-1(f)(2)(C) Opposition, if any, to the granting of the motion shall be presented at the hearing on the motion. Parties responding to the motion are urged to consult the local rules of practice which, among other sources, is available at the Court's website located at www.caeb.uscourts.gov/. Parties may pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Dated: January 16, 2025

REYNOLDS LAW CORPORATION

By: /s/ Stephen M. Reynolds
Stephen M Reynolds
Attorney for Youssef Corporation

4836-2573-0208v1