2
Stephen M. Reynolds CSB 148902
Reynolds Law Corporation
PO Box 73379
Davis, CA. 95617
530 297 5030 voice
sreynolds@lr-law.net

Linda Deos CSB 179170
**Deos Law PC**
428 J Street, 4th Floor
Sacramento, CA 95814
916 442 4442 voice
916 583 7693 facsimile
Linda@Deoslaw.com


*Proposed Attorneys for Youssef Corporation*

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Youssef Corporation<br><br>Debtor. | Case No. 24-25864-B-11<br><br>DC No. RLC-3<br>Date:  January 28, 2025<br>Time:  11:00 a.m.<br>Dept:  B<br>Ctrm:   32, Sacramento<br><br>Chapter 11<br><br>Judge |

**DECLARATION OF RANDY SUTTON IN SUPPORT OF DEBTOR'S MOTION FOR TO APPROVE ASSUMPTION OF TOAST PAYROLL SERVICES, CREDIT CARD PROCESSING AND RELATED SERVICES**

I, Randy Sutton, am the Chief Executive Officer of the Debtor and the sole shareholder.  I am familiar with the contents of this Declaration and if called to testify could and would provide competent testimony thereto.

1. ~~Attached as an Exhibit to the pleadings filed in support of this motion is a true and correct copy of the agreement between the Debtor and Toast, Inc~~. It is in the best interest of the

-1-

1. Debtor to assume this contract. Toast provides valuable support services to me as the Chief Executive Officer. For a relatively nominal sum payroll, including reports, paychecks, direct deposits, etc. is handled through the Toast program. It saves time and money. It has very wide adoption in my industry, it is now almost surprising when I don't see Toast at a restaurant point of sale

2. Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of January 2025, in Sacramento, California.

/s/ _____
Randy Sutton

4836-2573-0208v1