4
Linda Deos, SBN: 179170
**Deos Law, PC**
428 J Street, 4th Floor
Sacramento, CA 95814
(916) 442-4442
(916) 583-7693 (Fax)
Linda@deoslaw.com

Stephen M Reynolds, CSB 148902
**Reynolds Law Corporation**
PO Box 73379
Davis, CA 95616
530 297 5030
sreynolds@lr-law.net

Attorneys for Debtor and Debtor-in-Possession
Youssef Corporation

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>Youssef Corporation<br><br>Debtor(s), | Bankruptcy Case No. 2024-25864-B-11<br><br>DCN: CAE-1<br><br>**SECOND STATUS CONFERENCE REPORT [11 U.S.C. § 1188]**<br><br>Judge: Christopher D. Jaime<br>Date: March 5, 2025<br>Time: 11:00 a.m.<br>Place: 6th Floor, Courtroom 32 |

Subchapter V Chapter 11 Debtor and Debtor-in-Possession Youssef Corporation provides this Status Conference Report as required by the Court's Orders dated January 6, 2025 (ECF 9) and Order to Continue Status Conference (ECF 69).

**History of the Debtor**

Debtor is a California Corporation operating as Rick's Dessert Diner in midtown Sacramento, California. Debtor was incorporated as a California Corporation on July 12, 2011, operations began under current management on September 22, 2022. Randy Sutton is the current

Chief Executive Officer of the Debtor. Mr. Sutton purchased the shares of the Debtor in 2022 for approximately $1,500,000. The purchase was financed by a Small Business Administration 7A ("SBA") loan through Umpqua Bank. Rick's Dessert Diner has been a midtown Sacramento tradition since 1986 and currently operates from rented premises at 2401 J Street, Sacramento, California. Since the acquisition of Youssef Corporation current management has been dealt two challenges. Increased labor and material costs coupled with a significant increase in the interest rate of the SBA financing.

Since filing the Debtor has made all filings required by the Bankruptcy Code and Local Rules. The First Meeting of Creditors was concluded on February 6, 2025. Interim Use of Cash Collateral was approved on January 7, 2025 and the Amended Order Approving Interim Use of Cash Collateral was entered on January 28, 2025 (ECF 54). Orders Approving the Employment of co-counsel were entered on January 18, 2025 (ECF 40 and 41). The First Meeting of Creditors was concluded on February 6, 2025. The documents required by 11 U.S.C. §1187 were filed on February 13, 2025 (ECF 71, 72, 73).

Counsel for Umpqua Bank has appeared and a productive dialog ensued which resulted in a Stipulation for Use of Cash Collateral through May 31, 2025. An Order Approving Stipulation was filed electronically on February 11, 2025. Debtor's first Monthly Operating Report is now due and will be filed shortly.

**Events Leading to Chapter 11 Case**

Debtor was initially successful. Debtor recently added drinks and sandwiches to the menu to increase revenue. Additionally, Debtor has attempted to modify the terms of the current SBA loans unsuccessfully. However, increased labor and material costs coupled with a significant increase in the interest rate of the SBA financing caused the filing of this case.

### Type of Plan

Debtor hopes for the confirmation of a consensual Plan of Reorganization. The proposed plan will likely have a term of 36 months and will be funded from ongoing operations. At present the Debtor is operating at a break even or loss basis. Under the terms of the likely proposed Plan Debtor will remain current on all ongoing expenses including leases as well as pay all priority unsecured claims. The distribution to general unsecured creditors will likely be small. Counsel is beginning to draft a Plan of Reorganization, the deadline to file a Plan of Reorganization is March 31, 2025.

### Valuation of Assets

Debtor's assets are modest, primarily accounts, an older Cadillac Escalade, office equipment and the equipment used in the Debtor's ongoing operations. The liquidation value of these assets is likely less than the scheduled value. Debtor anticipates filing a motion to value collateral, it is anticipated that the secured claims will be significantly reduced in amount.

### Cash Collateral

The following creditors may have claims secured by property of the Debtor's estate: Umpqua Bank, N.A., JPMorgan Chase Bank and Rewards Network. An Order Authorizing Use of Cash Collateral, Granting Replacement Liens, and Approving DIP Budget and Approving Stipulation for Use of Cash Collateral was lodged with the Court on February 11, 2025.

### Adversary Proceedings

Debtor does not anticipate filing any adversary proceedings.

### Environmental Issues

Debtor is unaware of any environmental issues that impact the Debtor or might impair future business operations.

### Claim Objections

The claim deadline in this case is March 11, 2025 for most creditors and June 30, 2025 for governmental claims. As of midafternoon on February 18, 2025 four claims have been filed. There are no current plans for claim objections.

### Post-Confirmation Sale of Assets

Debtor intends to continue business operations through a Plan of Reorganization. There are no plans for a sale of assets other than in the ordinary course of business.

### Anticipated Professional Fees

Debtor anticipates approximately $25,000 in attorney fees through confirmation and less than $5,000 in preconfirmation Subchapter V Trustee fees. If a non-consensual plan is confirmed there may be ongoing Subchapter V Trustee fees for services as a Plan Administrator.

### Efforts to obtain a consensual Plan of Reorganization

Debtor and Debtor's counsel anticipate working with the Subchapter V Trustee to obtain a consensual plan.

Date: February 18, 2025

Respectfully Submitted,

REYNOLDS LAW CORPORATION

/s/ Stephen M Reynolds
Stephen M Reynolds
Attorney for Debtor
Youssef Corporation