Linda Deos, SBN: 179170
Deos Law, PC
428 J Street, 4th Floor
Sacramento, CA 95814
(916) 442-4442
(916) 583-7693 (Fax)
Linda@deoslaw.com

Attorneys for revested Debtor and Plan Administrator
Youssef Corporation

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>Youssef Corporation<br><br>                  Debtor(s), | Bankruptcy Case No. 2024-25864-B-11<br><br>LDD-005<br><br>DEOS DECLARATION IN SUPPORT OF MOTION FOR ALLOWANCE OF FIRST AND FINAL ATTORNEY FEES AND EXPENSES<br><br>Judge: Christopher D. Jaime<br>Date: July 15, 2025<br>Time: 11:00 a.m.<br>Place: 6th Floor, Courtroom #32 |

I, Linda D Deos, declare:

1. I am an attorney admitted to practice in the State of California as well as this Court.

2. If called to testify as a witness as to the contents of this declaration, I could and would provide competent testimony thereto.

3. The Order granting authorization to employ was entered on January 18, 2025 (Dkt. No. 43).

4. The current motion seeks the final allowance of fees and expenses for the period January 1, 2025 through June 23, 2025 for fees in the amount of $6,842.50 and expenses in the amount of $237.77 for a total of $7,080.27.

5. I am a 1995 graduate of McGeorge School of Law, University of the Pacific. I have

practiced bankruptcy law since that time. I regularly file Chapter 7 and 13 cases. I regularly file and am familiar with the requirements of reorganization cases. A true and correct copy of my invoice is attached as an Exhibit filed in Support of the Present Motion.

6. I have used approximately 15.3 post-petition attorney hours and 11.9 post-petition paralegal hours to represent the estate in this case through June 23, 2025. Counsel and her co-counsel Stephen Reynolds were aware of the additional scrutiny that a co-counsel arrangement requires with regard to duplicative charges for attorney time. I believe that the co-counsel arrangement allowed for a more effective representation than either attorney would have been able to provide without the assistance of co-counsel.

**DISCLOSURES AND REPRESENTATIONS**

7. I have not entered into any agreement with any person for the purpose of fixing the fees or other compensation to be paid for services rendered or expenses incurred in connection with this case, nor have I entered into an agreement with any person for the sharing of compensation to be received for services rendered or to be rendered in connection with this case.

8. I believe that the reasonable value to the bankruptcy estate of the services rendered in this case equals or exceeds the compensation sought by this motion and that the compensation requested by this motion is fair, reasonable, and necessary to the estate. Since this case was filed, I have become aware of the lode star rate for Chapter 11 attorneys with similar experience in the Eastern District of California. The rate requested is at or below the lode star rate for Sacramento.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of June, 2025 in Davis, California.

Deos Law, PC

By: /s/ Linda Deos
Linda Deos
Attorney for Debtor
Youssef Corporation