Linda Deos, SBN: 179170
Deos Law, PC
428 J Street, 4th Floor
Sacramento, CA 95814
(916) 442-4442
(916) 583-7693 (Fax)
Linda@deoslaw.com

Attorneys for revested Debtor and Plan Administrator
Youssef Corporation

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>Youssef Corporation<br><br>Debtor(s), | Bankruptcy Case No. 2024-25864-B-11<br><br>LDD-006<br><br>**EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO ALLOW HEARING OF MOTION FOR ALLOWANCE OF FIRST AND FINAL ATTORNEY FEES AND EXPENSES**<br><br>Judge: Christopher D. Jaime<br>Date:<br>Time:<br>Place: 6th Floor, Courtroom #32 |

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO ALLOW HEARING OF MOTION FOR ALLOWANCE OF FIRST AND FINAL ATTORNEY FEES AND EXPENSES**

Youssef Corporation revested Debtor and Plan Administrator in the above-captioned matter (hereinafter "Debtor"), by and through counsel, hereby moves this Court for an Order Shortening Time to allow a hearing on the Debtor's Motion For Allowance of First and Final Attorney Fees and Expenses.

Federal Rule of Bankruptcy Procedure 9066(c)(2) allows time for hearing to be reduced for cause shown with certain limited exceptions. None of the exceptions apply in the current case. It is imperative that the motion be heard on July 15, 2025, as the Subchapter V Trustee and Co-Counsel's Motions for Allowance of Compensation are also scheduled for hearing on July 15, 2025.

**WHEREFORE**, the Debtor respectfully requests that this court allow for the hearing on Debtor's Motion For Allowance of First and Final Attorney Fees and Expenses on July 15, 2025 at 11:00 am with mailing or other service to all parties to be completed no later than June 26, 2025, opposition if any to be heard at the July 15, 2025 hearing, and for such further relief as the court deems proper and just.

Date: July 1, 2025                                   Respectfully Submitted,

DEOS LAW, PC

/s/ *Linda Deos*
Linda Deos
Attorney for Debtor
Youssef Corporation