Linda Deos, SBN: 179170
Deos Law, PC
428 J Street, 4th Floor
Sacramento, CA 95814
(916) 442-4442
(916) 583-7693 (Fax)
Linda@deoslaw.com

Attorneys for revested Debtor and Plan Administrator
Youssef Corporation

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>Youssef Corporation<br><br>                Debtor(s), | Bankruptcy Case No. 2024-25864-B-11<br><br>LDD-006<br><br>**DECLARATION OF LINDA DEOS IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO ALLOW HEARING OF MOTION FOR ALLOWANCE OF FIRST AND FINAL ATTORNEY FEES AND EXPENSES**<br><br>Judge: Christopher D. Jaime<br>Date:<br>Time:<br>Place: 6th Floor, Courtroom #32 |

**DECLARATION OF LINDA DEOS IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO ALLOW HEARING OF MOTION FOR ALLOWANCE OF FIRST AND FINAL ATTORNEY FEES AND EXPENSES**

I, Linda Deos, am one of the attorneys for revested Debtor and Plan Administrator Youssef Corporation. I am familiar with the contents of this Declaration and if called to testify could and would provide competent testimony thereto.

1. I have filed a Motion and supporting pleadings for Allowance of First and Final Attorney Fees and Expenses LDD-005 to be heard on July 15, 2025 at 11:00 am ECF 135, 136, 137, and 138. These documents have been served by U.S. Mail, First Class, and I have filed the Proof of Service, ECF 139. Registered Users of the Eastern District of Electronic Filing System have likely received service by now.

2. It is imperative that the proposed motion be heard on July 15, 2025 as the Subchapter V Trustee and Co-Counsel's Motions for Allowance of Compensation are also scheduled for hearing on July 15, 2025.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of July, 2025 in Davis, California.

/s/ *Linda Deos*
Linda Deos

---

DEC ISO APP TO SHORTEN TIME FOR HEARING ON MOTION FOR ALLOWANCE OF FIRST AND FINAL FEES AND EXPENSES

2